UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-08393-CAS(RZx) | Date | March 11, 2014 |
|---|---|---|---|
| Title | EDMONS UNIQUE FURNITURE AND STONE GALLERY INC. V. KG CONSTRUCTION SOLUTIONS USA INC ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:    Attorneys Present for Defendants

Not Present    Not Present

**Proceedings:**    **(In Chambers:)** EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DEADLINES (dkt. 52, filed March 6, 2014)

On March 6, 2014, defendants Eran Gurion and KG Construction Solutions USA Inc. filed an ex parte application to continue the trial and related dates in this case. Defendants state that, on February 18, 2014, their liability insurance carriers recognized the need for independent Cumis counsel to represent defendants. Defendants therefore retained new counsel, who began their representation of the defendants in this matter on that date. Defendants accordingly request that the trial and associated dates be continued in order to allow their new counsel to familiarize itself with the case.

On March 10, 2014, plaintiff Edmons Unique Furniture and Stone Gallery Inc. filed its opposition. Plaintiff contends that it previously agreed with defendants former counsel to continue deadlines, see dkt. 48 (stipulation to continue dates), and that defendants' ex parte application seeks to undercut that agreement. Plaintiff further states that defendants' new Cumis counsel are the fourth set of lawyers to represent defendants. As a result, plaintiff argues that defendants have not set forth good cause to further modify the scheduling order, and that any additional delay will prejudice plaintiff.

After considering the parties' arguments, the Court finds that defendants have set forth good cause to modify the scheduling order, as follows. The trial shall be continued until October 28, 2014 at 9:30 A.M. All dates relating to the previous trial date are hereby vacated and shall now be scheduled as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-08393-CAS(RZx) | Date | March 11, 2014 |
|---|---|---|---|
| Title | EDMONS UNIQUE FURNITURE AND STONE GALLERY INC. V. KG CONSTRUCTION SOLUTIONS USA INC ET AL. | | |

1. The mediation completion deadline is continued to June 12, 2014.

2. The post-mediation conference is continued to June 16, 2014 at 11:00 A.M.

3. The fact discovery cutoff is continued to July 18, 2014.

4. The expert report deadline is continued to July 28, 2014.

5. The expert rebuttal report deadline is continued to August 1, 2014.

6. The expert discovery deadline is continued to October 16, 2014.

7. The motion deadline is continued to August 11, 2014.

8. The pre-trial conference/motions in limine hearing is continued to September 29, 2014 at 11:00 A.M.

The Court advises counsel that it will not entertain any further applications to continue deadlines.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |