NAVID SOLEYMANI, SBN 219190
  e-mail: soleymani@ymsllp.com
NAVID YADEGAR, SBN 205315
  e-mail: navid@ymsllp.com
YADEGAR, MINOOFAR & SOLEYMANI LLP
1875 Century Park East, Suite 1240
Los Angeles, CA 90067-3206
Telephone: (310) 499-0140
Facsimile: (888) 667-9576

*Attorneys for Edmon's Unique Furniture & Stone Gallery Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMON'S UNIQUE FURNITURE & STONE GALLERY INC.,<br><br>Plaintiff,<br><br>v.<br><br>KG CONSTRUCTION SOLUTIONS USA, INC., a California corporation, dba ELEGANT FIREPLACE MANTEL; ERAN GURION, an individual; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-8393 CAS RZX<br><br>[Hon. Christina A. Snyder]<br><br>**STIPULATION TO DISMISS THE ENTIRETY OF THE ACTION WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT**<br><br>Courtroom: 5 |

1  WHEREAS, on or about September 28, 2012, Plaintiff filed its initial complaint against KG Construction USA, Inc., dba Elegant Fireplace Mantel and Eran Gurion (collectively, the "KG Parties");

WHEREAS, on or about September 6, 2013, Plaintiff filed a first amended complaint that, among other things, added Elegant Fireplace Mantels, Inc., and Eytan Libesman as defendants (collectively, the "Elegant Parties");

WHEREAS, on or about March 7, 2014, the Elegant Parties filed a cross-claim against Eran Gurion; and

WHEREAS, the Parties have resolved this dispute by entering into a confidential settlement agreement;

NOW, THEREFORE, the Parties STIPULATE and agree as follows: the Court may DISMISS this case WITH PREJUDICE in its entirety, against all defendants and cross-defendants. However, the Parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

SO STIPULATED.

DATED: JUNE 2, 2014

YADEGAR, MINOOFAR & SOLEYMANI LLP
NAVID SOLEYMANI

_____
Navid Soleymani

*Attorneys for Plaintiff Edmon's Unique Furniture & Stone Gallery Inc.*

| | |
|---|---|
| DATED: May 8, 2014 | CALLAHAN & BLAINE, APLC |
| | *signature* |
| | Robert S. Lawrence<br>Eduardo Martorell |
| | *Attorneys for Defendant KG Construction Solutions USA, Inc. and Defendant and Cross-Defendant Eran Gurion* |
| DATED: May 12, 2014 | WOLFE & WYMAN LLP |
| | *signature*<br>Ron S. Brand |
| | *Attorneys for Defendants and Cross-Complainants Elegant Fireplace Mantels, Inc. and Eytan Libesman* |

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 1875 Century Park East, Suite 1240, Los Angeles, California 90067.

On June 2, 2014, I served the document described as

**STIPULATION TO DISMISS THE ENTIRETY OF THE ACTION WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT**

On the interested parties in this action as follows:

Andres F Quintana     andres@qlglaw.com

Douglas Edward Jacobs     djacobs@mmnt.com, kfonseca@mmnt.com

Jillisa Louise O'Brien     jobrien@mmnt.com, sander@mmnt.com

John M Houkom     john@qlglaw.com

Robert S Lawrence     rlawrence@callahan-law.com, jluirette@callahan-law.com

Ron Shlomi Brand     rsbrand@wolfewyman.com, mntran@wolfewyman.com

(BY ELECTRONIC SERVICE/NEF) Service was completed pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 10-07, Section VI.A., which provides in part: "Upon the electronic filing of a document, a NEF is automatically generated by the CM/ECF system and sent by email to all attorneys in the case. Service of an electronically filed document upon a CM/ECF User is deemed complete upon the transmission of the NEF."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 2, 2014

| Navid Soleymani | /s/ Navid Soleymani |
|---|---|
| Type or Print Name | Signature |