1  NAVID SOLEYMANI, SBN 219190
       e-mail: soleymani@ymsllp.com
2  NAVID YADEGAR, SBN 205315
       e-mail: navid@ymsllp.com
3  YADEGAR, MINOOFAR & SOLEYMANI LLP
   1875 Century Park East, Suite 1240
4  Los Angeles, CA 90067-3206
   Telephone: (310) 499-0140
5  Facsimile: (888) 667-9576

JS-6

6  *Attorneys for Edmon's Unique Furniture & Stone Gallery Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMON'S UNIQUE FURNITURE & STONE GALLERY INC.,<br><br>Plaintiff,<br><br>v.<br><br>KG CONSTRUCTION SOLUTIONS USA, INC., a California corporation, dba ELEGANT FIREPLACE MANTEL; ERAN GURION, an individual; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-8393 CAS RZX<br><br>[Hon. Christina A. Snyder]<br><br>**[PROPOSED] ORDER TO DISMISS THE ENTIRETY OF THE ACTION WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT**<br><br>Courtroom: 5 |

1   Upon consideration of the Parties' Stipulation, and good cause appearing, this
2 case is DISMISSED WITH PREJUDICE in its entirety against all defendants and
3 cross-defendants.  At the parties' request, the Court shall retain jurisdiction to
4 enforce the parties' settlement agreement.

DATED: June 3, 2014

*[signature: Christina A. Snyder]*

Honorable Christina A. Snyder
United States District Court

1